Sarah Shapero (Bar No. 281748)
Dario Puccini (Bar No. 336466)
SHAPERO LAW FIRM, PC
100 Pine St., Ste. 530
San Francisco, CA 94111
Phone: (415) 273-3504 | Fax: (415) 358-4116
sarah@shaperolawfirm.com
dario@shaperolawfirm.com

Attorney for Plaintiffs,
DANNY MORRIS
LYNDA MORRIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MORRIS, an individual, and LYNDA MORRIS, an individual; <br><br> Plaintiff, <br><br> v. <br><br> SELECT PORTFOLIO SERVICING INC; CLEAR RECON CORP; and WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-PR1; and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 8:23-cv-01926 <br><br> **EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER TO RESTRAIN THE TRUSTEE'S SALE** <br><br> Date:   October 16, 2023 |

TO THE COURT, DEFENDANTS, AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiffs, DANNY MORRIS, and LYNDA MORRIS, (hereinafter "Plaintiffs") hereby submit this ex parte application for a temporary restraining order restraining the foreclosure sale of property located at 11562 MAC DUFF STREET, GARDEN GROVE, CA 92841.

Notice of this ex-parte application was provided to all parties as described in the declaration, filed herewith. For the reasons set forth in this application, the memorandum of points and authorities, and the attached declarations, good cause exists to grant Plaintiffs' ex-parte application for a temporary restraining order.

DATED: October 12, 2023                    Respectfully submitted,

                                            SHAPERO LAW FIRM, PC

                                            _____
                                            Sarah Shapero
                                            Dario Puccini
                                            Attorney for Plaintiffs,
                                            DANNY MORRIS
                                            LYNDA MORRIS