Sarah Shapero (Bar No. 281748)
Dario Puccini (Bar No. 336466)
SHAPERO LAW FIRM, PC
100 Pine St., Ste. 530
San Francisco, CA 94111
Phone: (415) 273-3504 | Fax: (415) 358-4116
sarah@shaperolawfirm.com
dario@shaperolawfirm.com

Attorney for Plaintiffs,
DANNY MORRIS
LYNDA MORRIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MORRIS, an individual, and LYNDA MORRIS, an individual; | Case No.:  8:23-cv-01926 |
| Plaintiff, | **DECLARATION OF DARIO PUCCINI IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| SELECT PORTFOLIO SERVICING INC; CLEAR RECON CORP; and WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-PR1; and DOES 1-50, inclusive, | Date:    October 16, 2023 |
| Defendants. | |

1

I, DARIO PUCCINI, do declare and state:

1.      I am an associate attorney at the Shapero Law Firm, counsel for Plaintiff herein.  I have personal knowledge of the following facts and, if called as a witness I could, and would, competently testify as to their veracity.

2.      On October 13, 2023, at approximately 4:43 am, our office sent an email to Defendant SELECT PORTFOLIO SERVICING, INC.'s known counsel from prior suits at Steven.Dailey@kutakrock.com and informed them of the following:

> I am writing to inform you that Plaintiffs, DANNY MORRIS, and LYNDA MORRIS, will be appearing Ex Parte to request a Temporary Restraining Order to enjoin the Trustee's Sale of the property located at 11562 MAC DUFF STREET, GARDEN GROVE, CA 92841.  The Ex Parte hearing will take place October 16, 2023, at the United States District Court, Central District of California.  Please let me know if you have any questions.

3.      On October 13, 2023, at approximately 4:43 am, our office sent an email to Defendant SELECT PORTFOLIO SERVICING, INC. at the email listed on their website at realtionshipmanager@spservicing.com, ombudsman@spservicing.com and sent a fax at 801-293-3936 and informed them of the following:

> I am writing to inform you that Plaintiffs, DANNY MORRIS, and LYNDA MORRIS, will be appearing Ex Parte to request a Temporary Restraining Order to enjoin the Trustee's Sale of the property located at 11562 MAC DUFF STREET, GARDEN GROVE, CA 92841.  The Ex Parte hearing will take place October 16, 2023, at the United States District Court, Central District of California.  Please let me know if you have any questions.

4.      On October 13, 2023, at approximately 4:43 am, our office sent an email to Defendant CLEAR RECON CORP at the email listed on their website at CRCInfo@clearreconcorp.com, RIPO@clearreconcorp.com and informed them of the following:

> I am writing to inform you that Plaintiffs, DANNY MORRIS, and LYNDA MORRIS, will be appearing Ex Parte to request a Temporary Restraining Order to enjoin the Trustee's Sale of the property located at 11562 MAC DUFF STREET, GARDEN GROVE, CA 92841.  The Ex Parte hearing will take place October 16, 2023, at the United States District Court, Central District of California.  Please let me know if you have any questions.

5.      On October 13, 2023, at approximately 4:43 am, our office sent an email to Defendant WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-PR1's known counsel from prior suits at mrapkine@lagerlof.com and informed them of the following:

I am writing to inform you that Plaintiffs, DANNY MORRIS, and LYNDA MORRIS, will be appearing Ex Parte to request a Temporary Restraining Order to enjoin the Trustee's Sale of the property located at 11562 MAC DUFF STREET, GARDEN GROVE, CA 92841.  The Ex Parte hearing will take place October 16, 2023, at the United States District Court, Central District of California.  Please let me know if you have any questions.

6.     On October 13, 2023, at approximately 4:43 am, our office sent an email to Defendant WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-PR1 at the email listed on their website at boardcommunications@wellsfargo.com and informed them of the following:

I am writing to inform you that Plaintiffs, DANNY MORRIS, and LYNDA MORRIS, will be appearing Ex Parte to request a Temporary Restraining Order to enjoin the Trustee's Sale of the property located at 11562 MAC DUFF STREET, GARDEN GROVE, CA 92841.  The Ex Parte hearing will take place October 16, 2023, at the United States District Court, Central District of California.  Please let me know if you have any questions.

I declare under penalty of perjury that the foregoing is true and correct.  Executed October 13, 2023, in San Francisco, California.

_____
DARIO PUCCINI

DECLARATION OF DARIO PUCCINI IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER