Sarah Shapero (Bar No. 281748)
Dario Puccini (Bar No. 336466)
SHAPERO LAW FIRM, PC
100 Pine St., Ste. 530
San Francisco, CA 94111
Phone: (415) 273-3504 | Fax: (415) 358-4116
sarah@shaperolawfirm.com
dario@shaperolawfirm.com

Attorney for Plaintiffs,
DANNY MORRIS
LYNDA MORRIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MORRIS, an individual, and LYNDA MORRIS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING INC; CLEAR RECON CORP; and WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-PR1; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 8:23-cv-01926<br><br>**[PROPOSED] ORDER**<br><br>Date:   October 16, 2023 |

The application for a Temporary Restraining Order came on before the undersigned on _____ at _____ A.M./P.M. in Department _____ of the above-captioned court.

Based on the Application, Points and Authorities, and supporting declarations in the moving papers, and good cause having been shown, the Court finds as follows:

**<u>ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION</u>**

TO DEFENDANTS AND THEIR COUNSEL OF RECORD,

You are ordered to appear on _____, 2023 at _____ am/pm in Dept ____ of this Court located at _____ _____, to show cause as to why a

1
[PROPOSED] ORDER

preliminary injunction should not be issued enjoining the sale of the property located at 11562 MAC DUFF STREET, GARDEN GROVE, CA 92841.

This Order to Show Cause and supporting papers shall be served on Defendant no later than _____ by email (or _____). Proof of such service shall be filed and delivered to the Court by no later than _____.

Any Opposition papers by Defendant shall be filed and served on Plaintiffs by no later than _____.

Any Reply by Plaintiffs shall be filed and served by no later than _____.

Email or facsimile service of these documents is permitted.

**IT IS SO ORDERED.**

Dated: _____    _____

Honorable District Court Judge

## **TEMPORARY RESTRAINING ORDER**

Pending hearing on the below Order to Show Cause, Defendants, their employees, agents and/or any other person or entity acting with them or on their behalf are restrained and enjoined from the sale of the property located at 11562 MAC DUFF STREET, GARDEN GROVE, CA 92841.

**IT IS SO ORDERED.**

Dated: _____    _____

Honorable District Court Judge